UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MUR SHIPPING BV**

**PLAINTIFF**

V.        Case No: 4:20-CV-1461 BSM

**LALUMINA LLC**         **DEFENDANT**

## ORDER

MUR Shipping BV's application for maritime attachment and garnishment [Doc. No. 1] is granted.  *See* Fed. R. Civ. P. Supp. R. Certain Admiralty Mar. Claims, Rule B (1).

For an attachment to issue, plaintiff must show that: (1) it has a prima facie admiralty claim against the defendant, (2) the defendant cannot be found within the district, (3) the defendant's property may be found within the district, and (4) there is no statutory or maritime law barring attachment.  *Aqua Stoli Shipping Ltd. v. Gardner Smith Pty Ltd.*, 460 F.3d 434, 445 (2d. Cir. 2006).  The complaint states a prima facie admiralty claim against LAlumina LLC, and alleges that LAlumina cannot be found in the Eastern District of Arkansas and LAlumina's property can be found in the Eastern District.

Process of Maritime Attachment and Garnishment shall issue against all property belonging to, or owed to, LAlumina, up to **$1,722,833.96**, that is held by Almatis, Inc.  *See* Schedule A.  A copy of the process of attachment and garnishment shall be served upon Almatis, and a copy of this order shall be served with it.  Any garnishee who determines that it is in possession of property that may be subject to this order shall advise MUR Shipping

BV of the attachment. Any person claiming an interest in property attached or garnished pursuant to this order shall, upon application, be entitled to a hearing at which MU Shipping BV will be required to show why the attachment and garnishment should not be vacated.

    IT IS SO ORDERED, this 21st day of December, 2020.

 

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE