IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MUR SHIPPING BV**                                                       **PLAINTIFF**

**v.**                  **CASE NO: 4:20-CV-1461 BSM**

**LALUMINA LLC**                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 20th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE